# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2335
LT Case No. 2022-CA-042209

_____

CRAIG K. DELIGDISH,

Appellant,

v.

JOSEPH R. BOUTIN, THREE21
CREATIVE, LLC and MATTHEW
GERRELL,

Appellees.

_____

On appeal from the Circuit Court for Brevard County.
Michelle Lynn Naberhaus, Judge.

Adam M. Bird, of WhiteBird, PLLC, Melbourne, for Appellant.

Mark S. Peters, of Eisenmenger, Robinson & Peters, P.A., Viera,
for Appellees, Joseph R. Boutin and Three21 Creative, LLC.

Ryan K. Stumphauzer, of Stumphauzer Kolaya Nadler & Sloman,
PLLC, Miami, for Appellee, Matthew Gerrell.

November 25, 2025

PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____